# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| MICHAEL AND MEGAN ANTONACCI, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No.: 3:21 CV 2443<br>) |
| CLEAR BLUE INSURANCE, COMPANY and SWYFFT INSURANCE COMPANY, | ) Removed from Escambia County<br>) Circuit Court, 2021 CA 001673<br>)<br>) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Come now Defendants, CLEAR BLUE INSURANCE COMPANY, by and through undersigned counsel, and gives notice pursuant to 28 U.S.C. §§ 1441 and 1446 of the removal of this cause from the Circuit Court of Escambia County, Florida, to the United States District Court for the Northern District of Florida. In addition, without waiving any defenses regarding defective and/or lack of proper and/or service of process, SWYFFT consents to the removal of this action. As set forth below, this case is removable on diversity grounds pursuant to 28 U.S.C. § 1332.

## FACTS

1. Plaintiffs Michael and Megan Antonacci commenced the above-referenced action, styled *Michael and Megan Antonacci v. Clear Blue Insurance Company*, Case No. 2021 CA 001673, against the Defendants on June 22, 2021, in the Circuit Court of Escambia County, Florida. (Ex. A, Complaint).

2. Plaintiff's Complaint is nonspecific as to the amount in controversy, other than stating that Plaintiff's claims are in excess of $30,000.00. (Exhibit A, Complaint at ¶1).

3. This matter concerns property damage to the Antonacci's home and the claim that the insurance carrier, Defendant Clear Blue Insurance Company[1], failed to pay the full amount of Antonacci's claim. Prior to filing the complaint, the Antonacci's have submitted a demand for property damage in the amount of $320,917.32 and loss of contents for an additional $88,022.96. (Ex. B, Demand Letter).

4. Plaintiffs Michael and Megan Antonacci are resident citizens of the State of Florida. (Ex. A at ¶2).

---

[1] The Plaintiff named "Swyfft Insurance Company" as a defendant in the present lawsuit. There is no such entity named Swyfft Insurance Company. Swyfft is not an insurance company and does not write insurance policies. The Plaintiffs were not insured through a policy of insurance issued by Swyfft and Swyfft is not a proper party to this lawsuit. In addition, to the Defendant's knowledge, service has not been perfected on Swyfft, LLC. Swyfft LLC is an LLC formed in the State of New Jersey with its principal place of business in New Jersey.

5. Defendant Clear Blue Insurance Company is a foreign corporation incorporated in the State of Illinois with its principal place of business in Illinois. (Ex. C, Florida Secretary of State Annual Filing)

6. Defendant Clear Blue Insurance Company was served with the Complaint on October 15, 2021. (Ex. D, Return of Service).

7. Under 28 U.S.C. § 1446(b)(1), a defendant may file a notice of removal within 30 days of service of the initial pleading. Accordingly, this Notice of Removal is timely filed, because it is filed within 30 days of Defendant Clear Blue Insurance Company receiving service of the initial pleading.

## COMPLETE DIVERSITY EXISTS UNDER 28 U.S.C. § 1332

Plaintiffs Michael and Megan Antonacci are resident citizens of the State of Florida. (Ex. A at ¶2). Defendant Clear Blue Insurance Company is incorporated in the State of Illinois and maintains its principal place of business in Illinois. (Ex. C). Under 28 U.S.C. § 1332(c)(1), a corporation is a citizen of any state by which it has been incorporated and of the state where it has its principal place of business. Accordingly, Defendant Clear Blue Insurance Company is a citizen of Illinois.

Considering the foregoing, complete diversity existed between the parties, because the Plaintiff is a citizen of Florida and Defendant Panda Express is a citizen of California.

## **AMOUNT IN CONTROVERSY IS SATISFIED UNDER 28 U.S.C. § 1332**

In addition to complete diversity, 28 U.S.C. § 1332 also requires the amount in controversy to exceed $75,000.00.  The Complaint alleged only that the Plaintiff's claim was in excess of $30,000.00.  Plaintiffs in their presuit demand claimed that the property damage to their home covered by a policy of insurance issued by Clear Blue Insurance Company is $320,917.32.  In addition, they are claiming an additional amount for loss of contents over $88,000.  Therefore, it is clear the total amount in controversy is in excess of $400,000, far beyond the required amount of $75,000.

Considering the above, all requirements of 28 U.S.C. § 1332 have been satisfied and therefore the instant Removal is proper.  Contemporaneously with the filing of this Notice of Removal, the Defendants have filed a copy of the same with the Clerk of the Circuit Court of Escambia County, Florida.  (Exhibit E).

WHEREFORE, Defendants CLEAR BLUE INSUARNCE COMPANY, respectfully request that the above described action now pending in the Circuit Court of Escambia County, Florida, be removed to the United States District Court for the Northern District of Florida.

Respectfully submitted this 15th day of November, 2021.

       Respectfully submitted,

       */s/ Faith A. Nixon*
       FAITH A. NIXON (015606)
       CARR ALLISON
       6251 Monroe Street, Suite 200
       Daphne, AL  36526
       (251) 626-9340
       fnixon@carrallison.com
       *Attorney for Defendant Clear Blue Insurance Company and Swyfft*

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this 15th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed those non CM/ECF participants:


Scott M. Rosso, Esq.
David R. Shaeheen, Esq.
GED LAWSYERS, LLP
7171 North Federal Highway
Boca Raton, FL  33487
Phone:	(561) 995-1966
Fax:
Email:	pdlitlaw@gedlwayers.com
	griccio@gedlawyers.com
*Attorneys for Plaintiffs*


                */s/ Faith A. Nixon*_____
                OF COUNSEL