UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MICHAEL ANTONACCI** and
**MEGAN ANTONACCI**,

    **Plaintiffs**,

v.                                        Case No. 3:21cv2443-TKW-EMT

**CLEAR BLUE INSURANCE
COMPANY** and **SWYFFT
INSURANCE COMPANY**,

    **Defendants**.
_____/

## ORDER

The notice of removal included Swyfft Insurance Company (Swyfft) in the case style and stated that Swyfft was "named … as a defendant in the present lawsuit," *see* Doc. 1, at 2 n.1, but the complaint attached to the notice of removal (Doc. 1-1) does not name Swyfft as a defendant. No appearance has been made on behalf of Swyfft in this Court, and it is unclear whether Swyfft should continue to be listed as a defendant in CM/ECF and the case style. Accordingly, it is

**ORDERED** that within 7 days from the date of this Order, the parties shall confer and file a joint notice confirming whether the complaint attached to the notice of removal is the operative complaint and, if it is, the notice shall explain why Swyfft should not be removed as a defendant in CM/ECF and the case style. By that same

date (and preferably in the same filing), Defendant Clear Blue Insurance Company shall confirm that it has filed in this Court a copy of each paper filed or served in the state court as required by Local Rule 7.2(A), and if not, it shall do so.

**DONE and ORDERED** this 3rd day of December, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**