IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| MICHAEL AND MEGAN ANTONACCI, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CLEAR BLUE INSURANCE , COMPANY and SWYFFT INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) |

Civil Action No.: 3:21 CV 2443

## JOINT NOTICE TO REMOVE
## SWYFFT INSURANCE COMPANY AS A PARTY TO LAWSUIT

Come now, Plaintiff and Defendant, by and through their undersigned counsel, and pursuant to the Court's Order (Doc. 5), herein file a Notice to have Swyfft Insurance Company removed as a Defendant in this action and would state under the Court as follows:

1. Swyfft Insurance Company (incorrectly denominated) was included as a Party Defendant in the Notice of Removal (Doc. 1-0) filed in the above-matter as indicated by Amended Complaint filed in the State Court, attached hereto as Exhibit A.

2. The parties agree that while Swyfft was added as a party in the Amended Complaint, it was not the insurer for the Plaintiffs and is not the proper party in this lawsuit.

3. The parties agree that Swyfft should be voluntarily dismissed and should not be included in the current case style or in the CM/ECF system. Therefore, the parties respectfully request that Swyfft be removed from both the case style and the CM/ECF system. To date, Swyfft has not been served with the summons and complaint.

4. In addition, pursuant to Local Rule 7.2(A), please see attached remaining pleadings which have been filed in Escambia County State Court Case No. 2021 CA 001673 (Exhibit B, Interrogatories to Defendant; Exhibit C, Request for Production to Defendant; Exhibit D, Requests for Admissions to Defendant; Exhibit F, Notice of Appearance; Exhibit G, Notice of Taking Video Deposition of Corporate Representative; Exhibit H, Notice of Taking Video Deposition of Desk Adjuster; Exhibit I, Notice of Taking Video Deposition of Field Adjuster; Exhibit J, Notice of Appearance; Exhibit K, Email Designation; Exhibit L, Admissions for Defendant; Exhibit M, Interrogatories to Defendant; Exhibit N, Requests for Production to Defendant; Exhibit O, Notice of Taking Video Deposition of Corporate Representative; Exhibit P, Notice of Taking Video Deposition of Desk Adjuster; Exhibit Q, Notice of Taking Video Deposition of Field Adjuster; Exhibit R, Ltr. To

Clerk re Summons; Exhibit S, Order Regarding Required Reporting; Exhibit T, Notice of Filing Aff. of Service; Exhibit U, Defendants' Motion for Extension to File Response to Complaint).

Wherefore, the above-premises considered, the Parties would request this honorable Court enter an Order to remove Swyfft Insurance Company as a party in Case Number 3:21 CV 2443 in the case style and the CM/ECF system.

Respectfully submitted this 10th day of December, 2021.


| /s/ Leila Castro-Moya | /s/ Faith A. Nixon |
|---|---|
| LEILA CASTRO-MOYA | FAITH A. NIXON |
| Attorney for Plaintiff | Attorney for Defendant |
| GED LAWYERS, LLP | CARR ALLISON |
| 7171 North Federal Highway | 6251 Monroe Street, Suite 200 |
| Boca Raton, FL  33487 | Daphne, AL  36526 |
| Telephone:  (561) 995-1966 | Telephone:  (251) 626-9340 |
| Facsimile:  (561) 241-0812 | Facsimile:  (251) 626-8928 |
| E-mail:  lcastromoya@gedlawyers.com | E-mail:  fnixon@carrallison.com |